UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANEAS, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>SCOTT ARTHUR MCKINNEY, et al.,<br><br>          Defendants. | Case No. 23-cv-00674-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Upon review of the docket, it appears that the parties reached an agreement to resolve this action. (Dkt. No. 31.) In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within 60 days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar and set for trial. If no certification is filed after passage of 120 days, the dismissal shall be with prejudice.

    **IT IS SO ORDERED**.

Dated: October 24, 2023

_____
SALLIE KIM
United States Magistrate Judge